NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STANLEY R. SILER,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5017

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-134, Judge Francis M. Allegra.

---

**ON MOTION**

---

**ORDER**

The United States moves out of time for an extension of time, until January 18, 2011, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 13 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Stanley R. Siler
     Alexis J. Echols, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 13 2011

JAN HORBALY
CLERK